**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO: | HON. KAREN K. CALDWELL |
| **JEFFEREY V. CARVIN** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| VS. | |
| **BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | Case No.: |

**SHORT FORM COMPLAINT**

Plaintiff incorporates by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff further alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff, Jefferey V. Carvin, is a resident and citizen of Gulfport, Mississippi and claims damages as set forth below.

2. Plaintiff brings this action:

    [x] On behalf of *himself*;

    [ ] In representative capacity as the [*INSERT NATURE OF REPRESENTATION (e.g., Administrator of the Estate of \_\_\_....)*], having been duly appointed on [*INSERT DATE*] by the [*INSERT COURT*]. A copy of the Letters of Administration or Letters Testamentary for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent. [*Cross out if not applicable.*]

4. State in which Plaintiff alleges injury:   Mississippi.

5. Defendants [*check Defendants against whom Complaint is made*]:

    [x] Bristol-Myers Squibb Company

    [x] AstraZeneca Pharmaceuticals, LP

    [x] McKesson Corporation

6. Jurisdiction is proper based upon diversity of citizenship.

7. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Southern District of Mississippi.

## FACTUAL ALLEGATIONS

8. On or about October 23, 2016 Dr. Curtis A. Brassard, M.D.

2

prescribed *ONGLYZA* to treat Plaintiff for type 2 diabetes.

9. During the time of usage of *ONGLYZ*, Plaintiff was a resident and citizen of Gulfport Mississippi.

10. Neither Plaintiff nor Dr. Brassard knew or had reason to know that *ONGLYZA* ould cause heart failure or congestive heart failure.

11. As a result of taking *ONGLYZA*, on or about November 2, 2017, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. Mohammed Awaad, M.D at Garden Park Medical Center in Gulfport, Mississippi..

12. As a result of taking *ONGLYZA*, on or about July 24, 2107, Plaintiff sustained a non-ST elevated myocardial infarction as diagnosed by Dr. Mohammed Awaad, M.D. at Garden Park Medical Center in Gulfport, Mississippi.

### ALLEGATIONS AS TO INJURIES

13. Plaintiff claims damages as a result of [*Check all that are applicable*]:

    [x] Injury to self

    [ ] Injury to the person represented

    [ ] Wrongful death

    [ ] Survivorship action

☐ Economic loss

☐ Loss of consortium

14. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

15. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

☒ Count I – Strict Liability/Design Defect

☒ Count II – Negligence

☒ Count III – Strict Liability/Failure to Warn

☒ Count IV – Breach of Warranty of Merchantability

☒ Count V – Breach of Express Warranty

☒ Count VI – Breach of Implied Warranty

☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of  Mississippi            .

☐ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☒ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

4

## **PRAYER FOR RELIEF**

Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: September 25, 2019

Respectfully submitted,

*/s/ Sean A. McCarty*
Jasper D. Ward IV
Sean A. McCarty
JONES WARD PLC
1205 East Washington St.
Ste. 111
Louisville, KY 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Email: jasper@jonesward.com
       sean@jonesward.com
*Counsel for Plaintiff*